IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Abdullah, Xavier L | Case Number: 05 B 59967 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 14, 2008
Confirmed: December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,552.41 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,218.07 |
| Priority: | | 3,192.01 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 479.25 |
| Other Funds: | | 563.08 |
| Totals: | 9,552.41 | 9,552.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,100.00 | 2,100.00 |
| 2. | Central Furniture | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 3,192.01 | 3,192.01 |
| 4. | America's Financial Choice Inc | Unsecured | 34.10 | 76.46 |
| 5. | Jefferson Capital | Unsecured | 396.59 | 889.41 |
| 6. | AmeriCash Loans, LLC | Unsecured | 305.65 | 685.49 |
| 7. | United Student Aid Funds Inc | Unsecured | 11.07 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 297.54 | 667.28 |
| 9. | Meta Bank | Unsecured | 49.87 | 111.85 |
| 10. | RoundUp Funding LLC | Unsecured | 88.95 | 199.48 |
| 11. | RoundUp Funding LLC | Unsecured | 59.71 | 122.35 |
| 12. | Comcast Cablevision | Unsecured | 93.98 | 210.77 |
| 13. | America's Financial Choice Inc | Unsecured | 59.10 | 121.10 |
| 14. | ECast Settlement Corp | Unsecured | 65.33 | 133.88 |
| 15. | Back Room Shoes | Unsecured | | No Claim Filed |
| 16. | BMD Music | Unsecured | | No Claim Filed |
| 17. | CMS | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Family Dollar | Unsecured | | No Claim Filed |
| 20. | Deposit Payment Protection | Unsecured | | No Claim Filed |
| 21. | Hollywood Entertainment | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | World Market | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Abdullah, Xavier L

Printed:  9/23/08

Case Number:  05 B 59967
Judge:  Hollis, Pamela S
Filed:  10/15/05

$ 6,753.90    $ 8,510.08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 77.00 |
| 5% | 48.75 |
| 4.8% | 93.85 |
| 5.4% | 211.81 |
| 6.5% | 47.84 |
|  | $ 479.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

